

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

LEITHA McMINN

                         **Plaintiff,**

                      V.

MIDLAND CREDIT MANAGEMENT, INC., a Kansas corporation

                         **Defendant.**

Civil Action No.   14cv0272-DMS-DHB

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Plaintiff's motion for summary judgment is denied. Defendant's motion for summary judgment is granted.

Date:     3/2/15

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ M. Cruz

                                        M. Cruz, Deputy